# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:
Sheila K. Abramski                      Case. No. 19-30207
                                             Judge Joel D. Applebaum
                                             Chapter 7
      Debtor,

_____/

Attached is the Statement Regarding Corporate Ownership for Nationstar Mortgage LLC d/b/a Mr. Cooper in the above referenced case.

Submitted by:

                                        ***/s/ Cheryl Cook***
                                        Potestivo & Associates, P.C.
                                        By: Cheryl Cook (P52128)
                                        Attorney for Nationstar Mortgage LLC
                                        d/b/a Mr. Cooper
                                        251 Diversion St.
                                        Rochester, MI 48307
                                        (248) 853-4400
                                        ccook@potestivolaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## STATEMENT OF NATIONSTAR MORTGAGE, LLC
## REGARDING
## CORPORATE OWNERSHIP

[ XX] The following entities directly or indirectly own 10% or more of any class of the Corporation's equity interest:
Name: Nationstar Sub 1 LLC, a Delaware limited liability company
Address: 350 Highland Drive, Lewisville TX 75067

Name: Nationstar Mortgage Holdings, Inc a Delaware Corporation
Address: 350 Highland Drive, Lewisville TX 75067

Name:_____
Address:_____

(For additional names, attach an addendum to this form)
[ ] There are no entities that directly or indirectly own 10% or more of any class of the Corporation's equity interest.

The undersigned is the :

CREDITOR, NATIONSTAR MORTGAGE, LLC

I declare under penalty of perjury that the foregoing is true and correct. This statement is valid unless the corporate ownership changes, at which time a new statement will be executed by the mortgage servicer/creditor as applicable.

Dated: September 11, 2013      By: _____
                                    Signature of Authorized Individual

                                    Print Name: Monica Nguyen

                                    Title: Bankruptcy Manager