# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**

Sheila Kaye Abramski,            Bankruptcy Case No. 19-30207-jda
                                           Honorable Joel D. Applebaum
                                           Chapter 7

                Debtor.
_____/

## TRUSTEE'S EX-PARTE APPLICATION FOR AUTHORITY TO EMPLOY REAL ESTATE SALES AGENT AND BROKER

**NOW COMES** Trustee, Samuel D. Sweet ("Trustee" or "Applicant"), and for its Ex-Parte Application for Authority to Employ Real Estate Sales Agent and Broker, states as follows:

1. On January 29, 2019, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Reform Act of 1978 as Amended, Title 11.

2. Subsequent to the aforementioned bankruptcy filing, Samuel D. Sweet was appointed the duly qualified and acting Trustee.

3. When the Debtor filed for bankruptcy, she owned real property located at 16364 S. Seymour Road, Linden, Michigan 48451.

4. It is necessary that the Property be sold in the administration of this Chapter 7 proceeding.

5. Applicant requires the advice and assistance of a real estate sales agent and broker to market and sell the real property for the benefit of creditors in this case.

6. As such, Applicant requests authority to employ Sada McNiel and any other member of ChangingStreets.com to represent him in this case as real estate sales agent and broker based on a 6% sales commission. Ms. McNiel is a licensed real estate agent in good standing.

7. Upon information and belief after reasonable investigation, neither Sada McNiel nor any member of ChangingStreets.com, holds an interest adverse to the Estate and all are disinterested persons as defined by 11 U.S.C. § 101(14).

8. Sada McNiel and all other members of ChangingStreets.com, neither has nor ever

1

had any connection with the Debtor (with the exception of the sale of this real property), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any other person employed in the office of the United States Trustee. An Affidavit of Disinterestedness is attached as Exhibit "B" as required by Rule 2014 of the Federal Rules of Bankruptcy Procedure.

9. It would be in the best interest of the Debtor and the Estate to permit Sada McNiel and ChangingStreets.com real estate sales agent and broker licensed in the State of Michigan, to act as real estate sales agent and broker for the bankruptcy estate in these proceedings.

10. Concurrence of the Office of the U.S. Trustee is attached as Exhibit "C".

**WHEREFORE,** Trustee requests this Court enter an Order Approving Trustee's Employment of Real Estate Sales Agent and Broker, with compensation subject to Court Approval.

Dated: 7/12/2019 /s/ Samuel D. Sweet
Samuel D. Sweet
Chapter 7 Trustee
P.O. Box 757
Ortonville, MI 48462
(248) 236-0985
trusteesweet@hotmail.com

2

IN THE MATTER OF:

Sheila Kaye Abramski,	Bankruptcy Case No. 19-30207-jda
	Honorable Joel D. Applebaum
	Chapter 7

         Debtor.
_____/

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | Proposed Order |
| B | Affidavit of Disinterestedness |
| C | Office of the U.S. Trustee Concurrence |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**

Sheila Kaye Abramski,

Bankruptcy Case No. 19-30207-jda
Honorable Joel D. Applebaum
Chapter 7

Debtor.
_____/

## ORDER APPROVING EMPLOYMENT OF REAL ESTATE SALES AGENT AND BROKER

This matter having come before this Court upon the Trustee's Ex-Parte Application to Employ Real Estate Sales Agent and Broker, Sada McNiel and ChangingStreets.com, the Court having read same and being otherwise fully advised in the premises;

**NOW, THEREFORE,** upon the Application of Samuel D. Sweet, Trustee;

**IT IS HEREBY ORDERED** that Sada McNiel and ChangingStreets.com, be and hereby are authorized and empowered to act as Real Estate Sales Agent and Broker in the above-entitled case, specifically, for the sale of real property of the Debtor;

**IT IS HEREBY FURTHER ORDERED** that Sada McNiel and ChangingStreets.com shall be and hereby are entitled to compensation and reimbursement for costs which shall be applied for as allowed in the Bankruptcy Code and are subject to the approval of the Court.

HON. JOEL D. APPLEBAUM
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  Case No. 19-30207
        Chapter 7

Sheila Abramski

_____Debtors_____ /

## AFFIDAVIT OF SADA MCNIEL IN SUPPORT OF APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND CHANGINGSTREETS.COM TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330

STATE OF MICHIGAN    )
                     )
COUNTY OF Genesee    )

Sada McNiel, being duly sworn, says:

1. I am a real estate agent duly licensed by the State of Michigan.

2. I am an agent of ChangingStreets.com a Michigan Corporation, with corporate offices located at 5065 Miller Rd Flint, MI 48507, ("Listing Agent").

3. I am familiar with the Application to Retain ChangingStreets.com, filed by the Trustee ("Application") and the property described therein.

4. I believe that I am experienced and qualified to represent the Trustee in connection with the marketing and sale of the real property located at 16364 SEYMOUR RD LINDEN, MI 48451 (the "Property").

5. ChangingStreets.com has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure proposed to be paid to Listing Agent does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.

1

6.  Neither I nor any member of ChangingStreets.com hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14), as required by § 327(a).

7.  To the best of my information and belief, neither I nor the other members of this firm have any connection with the Debtors, their creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee, as required by Rule 2014 of the Federal Rules of Bankruptcy procedure except as set forth below.

8.  I represent no interest adverse to the Debtors or its estate in the matters upon which I am to be engaged.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Suda McNiel of
ChangingStreets.com

The foregoing instrument was sworn to and subscribed before me this 12 day of June, 2019.

**ADAM EDWARD ABT**
Notary Public Genesee County, Michigan
Acting In Genesee County Michigan
My Commission Expires August 7, 2023

_____
Notary Public, State of Michigan

ADAM ABT
Type, Stamp, or Print Name as Commissioned

2

IN THE MATTER OF:

Sheila Kaye Abramski,            Bankruptcy Case No. 19-30207-jda
Honorable Joel D. Applebaum
Chapter 7

          Debtor.

_____/

## STATEMENT OF CONSENT OF THE U.S. TRUSTEE

The Office of the United States Trustee has reviewed the Trustee's Ex-Parte Application for Authority to Employ Real Estate Sales Agent and Broker and does not object to the employment of Sada McNiel and ChangingStreets.com as Real Estate Sales Agent and Broker for the Chapter 7 Trustee in the above-entitled matter for the purpose of providing services required with regard to the sale of real estate of the Debtor for the estate to the trustee and the court.

Respectfully Submitted,

OFFICE OF THE U.S. TRUSTEE

Dated: 7/12/2019

/s/ Ronna G. Jackson
By: Ronna G. Jackson, Trial Attorney
Office of the U.S. Trustee
211 West Fort Street, Suite 700
Detroit, MI 48226
(313) 226-7934
Ronna.G.Jackson@usdoj.gov