UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**

Sheila Kaye Abramski,                                  Bankruptcy Case No. 19-30207-jda
                                                               Honorable Joel D. Applebaum
                                                               Chapter 7

               Debtor.
_____/

## ORDER APPROVING EMPLOYMENT OF REAL ESTATE SALES AGENT AND BROKER

      This matter having come before this Court upon the Trustee's Ex-Parte Application to Employ Real Estate Sales Agent and Broker, Sada McNiel and ChangingStreets.com, the Court having read same and being otherwise fully advised in the premises;

      **NOW, THEREFORE,** upon the Application of Samuel D. Sweet, Trustee;

      **IT IS HEREBY ORDERED** that Sada McNiel and ChangingStreets.com, be and hereby are authorized and empowered to act as Real Estate Sales Agent and Broker in the above-entitled case, specifically, for the sale of real property of the Debtor;

      **IT IS HEREBY FURTHER ORDERED** that Sada McNiel and ChangingStreets.com shall be and hereby are entitled to compensation and reimbursement for costs which shall be applied for as allowed in the Bankruptcy Code and are subject to the approval of the Court.

**Signed on July 12, 2019**

